182 So.2d 662

**Mr. and Mrs. Frank GEBBIA**

**v.**

**CITY OF NEW ORLEANS et al.**

No. 48059.

Feb. 4, 1966.

In re: Mr. and Mrs. Frank Gebbia, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 181 So.2d 292.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

182 So.2d 662

**Donald HOLLIER**

**v.**

**Alfred F. BOUSTANY et al.**

No. 48045.

Feb. 25, 1966.

In re: Donald Hollier applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 180 So.2d 591.

Writ refused. The result is correct.